*State, Respondent, v. Reed, Petitioner*, No. 92020-6. Petition for review of a decision of the Court of Appeals, No. 71128-8-I, June 1, 2015, 187 Wn. App. 1039. *Denied* December 2, 2015.

*State, Respondent, v. Hubbard, Petitioner*, No. 92022-2. Petition for review of a decision of the Court of Appeals, No. 71449-0-I, June 22, 2015, 188 Wn. App. 1025. *Denied* December 2, 2015.

*State, Respondent, v. Jenks, Petitioner*, No. 92023-1. Petition for review of a decision of the Court of Appeals, No. 29641-5-III, June 25, 2015, 188 Wn. App. 1030. *Denied* December 2, 2015.

*State, Respondent, v. Reesman, Petitioner*, No. 92071-1. Petition for review of a decision of the Court of Appeals, No. 46514-1-II, July 7, 2015, 188 Wn. App. 1043. *Denied* December 2, 2015.

State, Respondent, v. Sngim Pean, Petitioner, No. 91993-3. Petition for review of a decision of the Court of Appeals, No. 45669-9-II, June 24, 2015. *Denied* December 2, 2015.

*In re Det. of Pettis*, No. 91876-7. Petition for review of a decision of the Court of Appeals, No. 45499-8-II, June 4, 2015, 188 Wn. App. 198. *Denied* December 4, 2015.

*Montgomery et al., Petitioners, v. Engelhard et al., Respondents*, No. 91927-5. Petition for review of a decision of the Court of Appeals, No. 31888-5-III, June 2, 2015, 188 Wn. App. 66. *Denied* December 4, 2015.

*State, Respondent, v. Elkins, Petitioner*, No. 91943-7. Petition for review of a decision of the Court of Appeals, No. 44968-4-II, June 16, 2015, 188 Wn. App. 386. *Denied* December 4, 2015.